# EXHIBIT A

No. 118—CITY LEASE. Revised June 1, 1964—2000-6-92 Printed and for sale by The Brown Printing Co., Montgomery, Ala.

## State of Alabama,
Montgomery County

THIS LEASE, made this 1st day of January 2004 by and between
Carl and Augustine Cheatham hereinafter called Lessor,
and Pamela Cox hereinafter called Lessee. WITNESSETH:

Lessor does hereby let and lease to Lessee the following premises in the City of Montgomery, Alabama, viz:
434 E. Vanderbilt Loop, Mondy, Al 36109 for occupation as a Single Family Residence and not otherwise for and during the term of six months to-wit: from the 1st day of January 2004 to the 30th day of June 2004 ... $25.00 late fee, after the 5th of the month...

In consideration whereof Lessee agrees to pay Lessor $800.00 in advance on the first day of each month, being at the rate of $9600.00 per annum, as evidenced by promissory notes bearing even date herewith and marked "subject to lease of even date."

[body of printed lease terms]

1. No interest to be paid on security deposit.
2. If lease is to be continued or terminated, a lessor and lessee will negotiate within sixty days to the end of lease period.
3. A deposit of $100.00 pet fee will be added to original $800.00 deposit.
4. Azalea, crepe myrtle and magnolia trees are not to be trimmed. Other shrubs may be trimmed slightly, but not cut back.

IN WITNESS WHEREOF the respective parties have hereunto set their hands and seals on this 7th day of January 2004

ATTEST.

Pamela F. Cox (L. S.)
Carl Cheatham (L. S.)
Augustine Cheatham (L. S.)