IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FARMERS INSURANCE GROUP, a/s/o** ) <br> **CARL AND AUGUSTINE** ) <br> **CHEATHAM,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PAMELA COX,** ) <br> ) <br> Defendant. ) | **CIVIL ACTION NO.:** <br> **2:06-CV-566** |

**PLAINTIFF FARMERS INSURANCE GROUP'S
MOTION FOR CLERK'S DEFAULT**

COMES NOW Plaintiff FARMERS INSURANCE GROUP, as subrogee of Carl and Augustine Cheatham ("Farmers Insurance"), by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 55, and hereby requests that the Clerk of the United States District Court for the Middle District of Alabama enter default against Defendant PAMELA COX for her failure to plead or otherwise defend this action brought by Farmers Insurance as appears from the attached Affidavit of L. Jackson Young, Jr.

Respectfully submitted,

/s/ L. Jackson Young, Jr.
John W. Scott
L. Jackson Young, Jr.
Attorneys for Plaintiff
Farmers Insurance Group, a/s/o
Carl and Augustine Cheatham

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Pamela Cox by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

> Pamela Cox
> 5701 East Shirley Lane
> Apartment 1105
> Montgomery, Alabama 36117-1951

DONE this the 24th day of August, 2006.

/s/ L. Jackson Young, Jr.
Of Counsel

38415.1