IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, a/s/o CARL AND AUGUSTINE CHEATHAM, )<br>)<br>)<br>) | |
| Plaintiff, )<br>) | CIVIL ACTION NO.:<br>2:06-CV-566 |
| v. )<br>) | |
| PAMELA COX, )<br>) | |
| Defendant. ) | |

### AFFIDAVIT OF L. JACKSON YOUNG, JR.

Before me, the undersigned notary public in and for said county and state, personally appeared L. JACKSON YOUNG, JR., who being known to me and who being first duly sworn, deposes on oath and states as follows:

1. My name is L. Jackson Young, Jr. I am over the age of nineteen years and am suffering from no legal disability.

2. I am a shareholder in the law firm of HUCKABY SCOTT & DUKES, P.C. I have been admitted to practice in the State of Alabama since 1998 and since that time have continuously been a member in good standing of the Alabama State Bar.

3. I am a duly authorized agent and attorney of record of Plaintiff Farmers Insurance Group, as subrogee of Carl and Augustine Cheatham ("Plaintiff"). I have personal knowledge of the facts set forth in this Affidavit.

4. Plaintiff filed this action against Defendant Pamela Cox ("Defendant") on June 26, 2006.

5. Examination of the record and court file shows that Defendant was served with a copy of the Summons, together with a copy of Plaintiff's Complaint, on July 11, 2006, making her Answer or other defense due no later than July 31, 2006.

6. More than twenty (20) days have passed since the date on which Defendant was served with the Summons and Complaint.

7. Defendant has failed to answer or otherwise defend as to Plaintiff's Complaint. Defendant has failed to serve upon Plaintiff's attorneys of record or file with the Court a copy of any Answer or other defense that Defendant might have had.

8. Defendant is not known to be an infant, incompetent, or in active duty military service.

9. This Affidavit is executed by the undersigned Affiant in accordance with Federal Rule of Civil Procedure 55(a) for the purpose of enabling Plaintiff to obtain an entry of default against Defendant for her failure to answer or otherwise defend as to Plaintiff's Complaint.

L. Jackson Young, Jr.

STATE OF ALABAMA )
: 
COUNTY OF JEFFERSON )

    I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that L. JACKSON YOUNG, JR., whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and seal this 24th day of August, 2006.

[NOTARIAL SEAL]

                                                Dawn M. McDowell
                                                      Notary Public

                                My Commission Expires: 9-28-08

38534.1