IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, a/s/o )<br>CARL AND AUGUSTINE CHEATHAM )<br>)<br>Plaintiff, )<br>)<br>v. ) Civil Action No. 2:06-cv-566-SRW<br>)<br>PAMELA COX, )<br>)<br>Defendant. )<br>) | |

ENTRY OF DEFAULT

It appearing that defendant Pamela Cox, was duly served with a copy of the summons and complaint in this action on July 11, 2006, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on August 24, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Pamela Cox.

DONE THIS  31st day of   August  , 2006.

         /s/ Debra P. Hackett         
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA