

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KAREN DENISE FULTZ, State Bar No. 266973**, was duly admitted to practice in said Court on December 26, 2000, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 5th day of September, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

