IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-566-WKW |
| ) | |
| PAMELA COX, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the Motion for Karen D. Fultz to Appear Pro Hac Vice (Doc. #6) filed on October 6, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of October, 2006.

        /s/  W. Keith Watkins
        UNITED STATES DISTRICT JUDGE