IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 13 P 3: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FARMERS INSURANCE GROUP, A/S/O
CARL AND AUGUSTINE CHEATHAM,

    Plaintiff,

vs.

CIVIL ACTION FILE NO.
2:06-cv-566-SRW

PAMELA COX,

    Defendant.

## ANSWER

I am not liable for the damages that occured to the the property of Carl and Augustine Cheatham.  The fire was the result of a faulty stove.  The range in question never worked properly.  The burner at random would heat and not heat regardless of the positon of the knob.  The fire occured on Sunday June 27, 2004.  My family and I were out of town as of Friday June 25,2004.  The home was vacant and had not been occupied for two days prior to the fire.  There was a complete investigation by Montgomery Fire Department and they determined no wrong doing on my behalf.  The fire was not due to my negligence.  Had Carl and Augustine Cheatham provided proper working appliances there would not have been a fire.

*[signature]*

10-13-06

## CERTIFICATE OF SERVICE

I hereby certify that on October 13,2006, I have filed the foregoing with the Clerk of the Court by United States Postal Service, first-class postage prepaid. Futhermore, I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the forgoing to plaintiff Farmers Insurance Group and Carl and Augustine Cheatham.

_____
Pamela Cox

5701 E. Shirley lane
# 1105
Montgomery Al 36117
334 354 9580