IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, a/s/o CARL AND AUGUSTINE CHEATHAM,  Plaintiff,  v.  PAMELA COX,  Defendant. | CIVIL ACTION NO.: 2:06-CV-566 |

### AFFIDAVIT OF L. JACKSON YOUNG, JR.

Before me, the undersigned notary public in and for said county and state, personally appeared L. JACKSON YOUNG, JR., who being known to me and who being first duly sworn, deposes on oath and states as follows:

1. My name is L. Jackson Young, Jr. I am over the age of nineteen years and am suffering from no legal disability.

2. I am a shareholder in the law firm of HUCKABY SCOTT & DUKES, P.C. I have been practicing law in the State of Alabama since 1998.

3. At our firm, time is billed in increments of one-tenth of an hour, and the time entered is the actual time expended on each task and reflects the actual time billed to our client in this action, Farmers Insurance Group ("Farmers").

4. The standard billable rate for my time is $200 per hour. I have billed a total of 8.7 hours in connection with this action, for a total of $1,740.00 in attorneys' fees. Furthermore, my firm has incurred $708.22 in costs associated with this action. Thus, the total amount which my firm has billed to Farmers is $2,448.22.

5. Based upon my experience, both the hourly rate charged and the time billed on this case are fair, reasonable, and necessary.

6. Attached to this Affidavit as Exhibit 1 is a copy of the January 9, 2004 Lease Agreement between Carl and Augustine Cheatham, as lessors, and Pamela Cox, as lessee.

7. Attached to this Affidavit as Exhibit 2 is a certified copy of the Cheathams' Policy and Declarations with Farmers.

FURTHER AFFIANT SAITH NOT.

Executed this 22nd day of November, 2006.

_____
L. Jackson Young, Jr.

STATE OF ALABAMA    )
                    :
COUNTY OF JEFFERSON )

I certify that L. JACKSON YOUNG, JR., whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of the said instrument, he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and seal this 22nd November, 2006.

[NOTARIAL SEAL]

_____
Notary Public

MY COMMISSION EXPIRES SEPTEMBER 28, 2008

39449.1

2