No. 130—CITY LEASE. Revised June 1, 1905—2500—8-02 · Printed and for sale by The Brown Printing Co., Montgomery, Ala.

# State of Alabama,

## _Montgomery_ County

THIS LEASE, made this __1st__ day of __January__ ____ _2004_, by and between
__Carl and Augustine Cheatham__ hereinafter called Lessor,

and __Pamala Cox__ hereinafter called Lessee, WITNESSETH:

Lessor does hereby let and lease to Lessee the following premises in the City of __Montgomery__, Alabama, viz:
__434 E. Vanderbilt Loop Mandy, Al 86109__ for occupation as a __Single Family Residence__ and not otherwise for and during the term of __Six months__ to-wit: from the __1st__ day of __January__ _2004_ to the __30th__ day of __June__ _2004_ _____ and __$25.00 late fee after the 5th of the month,__ comply with all the stipulations of this lease.

In consideration whereof Lessee agrees to pay Lessor a __800.00__ ____ in advance on the first day of each month, being at the rate of $ __900.00__ per annum, as evidenced by promissory notes bearing even date herewith...

[body of printed lease terms — small print]

1. _No interest to be paid on security deposit._
2. _If lease is to be construed or terminated, a lessor and lessee will negotiate within sixty days to the end of lease period._
3. _A deposit of $100.00 pet fee will be added to original $800.00 deposit._
4. _Azalea, crepe myrtle, and magnolia trees are not to be trimmed. Other shrubs may be trimmed slightly, but not cut back._

IN WITNESS WHEREOF the respective parties have hereunto set their hands and seals on this __9th__ day of __January__ _2004_.

ATTEST:

_____

__Pamala F. Cox__ (L. S.)

__Carl M. Cheatham__ (L. S.)

__Augustine Cheatham__ (L. S.)