IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-566-WKW |
| ) | (WO) |
| PAMELA COX, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant has failed to show cause, in accordance with the court's order of October 20, 2006 (Doc. # 10), why the clerk's entry of default (Doc. # 5) should be set aside. Plaintiff has properly filed a Motion for Default Judgment (Doc. # 11).

It is hereby

ORDERED that on or before January 8, 2007, Plaintiff shall submit a sworn affidavit or other sworn documentation in support of the judgment amount.

DONE this the 12th day of December, 2006.

　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE