**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

December 12, 2006

# NOTICE OF CORRECTION

**To: ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: Sharon Dixon vs. Rave Motion Pictures, et al**

**Case Number: 2:05cv326-SRW**

**Referenced Pleading: Document #13- Testimony of Brett Pettit**

**The referenced pleading was electronically filed on \*\*12/12/2006\*\*\* in the incorrect case.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this transcript on the court's docket**