**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MONTGOMERY DIVISION**

| | | |
|---|---|---|
| FARMERS INSURANCE GROUP, a/s/o CARL AND AUGUSTINE CHEATHAM, | ) ) ) | |
| Plaintiff, | ) ) | **CIVIL ACTION FILE** **NO. 2:06-CV-566** |
| vs. | ) ) ) | |
| PAMELA COX, | ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF KAREN D. FULTZ**
**FOR ENTRY OF DEFAULT AND FOR**
**ENTRY OF DEFAULT JUDGMENT**

PERSONALLY APPEARED before me the undersigned officer, duly authorized by law to administer oaths in the State of Georgia, Karen D. Fultz, who after being duly sworn, deposes and states as follows:

1.

I am over twenty-one (21) years of age, I am familiar with the facts about which I provide evidence, and I am otherwise competent to give this affidavit.

2.

I am an attorney authorized to practice law in the State of Georgia.

3.

I am  an attorney at the law firm Cozen O'Connor and our firm represents Plaintiff in the above-styled civil action.

4.

I am counsel of record for Plaintiff in this action.

5.

Pursuant to Fed.R.Civ.P. 4(h)(1) copies of the Complaint and Summons herein were personally served on Defendant Pamela Cox on July 7, 2006.

6.

The time within which the above Defendant could plead in or otherwise defend this action has expired.

7.

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff has filed an application for entry of default against the Defendant.

8.

The amount justly due and owing Plaintiff from Defendant is the amount of $105,055.43.

9.

Attached as Exhibit "A" is evidence of the amount owed to Plaintiff.

10.

Defendant Pamela Cox is not an infant, incompetent, or, in the military service of the United States.

s/Karen D. Fultz
KAREN D. FULTZ

Sworn to and subscribed
before me this 2nd day
of January, 2007.

s/Mary Joann Leone
Notary Public, Jasper County, Georgia

My Commission Expires: 3/27/09

3