# EXHIBIT A

# Payment Log

FARMERS INSURANCE GROUP

**FARMERS**

**Claim Number:** 1005096101

**Date of Loss:** 6/27/2004 3:30:59 AM

**Insured's Name:** JOYCE A CHEATHAM

| Claim Number | Name | Date | Date | Amount |
|---|---|---|---|---|
| 3251128175 | JOYCE A CHEATHAM | 10/05/2004 | 10/19/2004 | $2400.00 |
| 3251137451 | JOYCE A CHEATHAM | 02/01/2005 | 2/14/2005 | $2400.00 |
| 3251142893 | JOYCE A CHEATHAM & CARL CHEATHAM | 04/08/2005 | 4/19/2005 | $1706.68 |
| 3251120976 | JOYCE A CHEATHAM | 07/01/2004 | 7/12/2004 | $2400.00 |
| | | | **Benefit Type Total :** | **$8906.68** |
| 3251121069 | JOYCE AND CARL CHEATHAM | 07/06/2004 | 7/21/2004 | $71058.25 |
| 32511148417 | JOYCE CHEATHAM & CARL CHEATHAM | 06/20/2005 | 7/5/2005 | $29752.40 |
| 3251125515 | B A PARSON | 08/31/2004 | 9/14/2004 | $411.43 |
| 3251148917 | JOYCE and CARL CHEATHAM | 06/24/2005 | 7/8/2005 | $4244.78 |

FROM :FARMERS SUBROGATION    FAX NO. :630-907-6194    Jan. 03 2007 03:13PM  P2

**Payment Log**

FARMERS INSURANCE GROUP

**FARMERS**

Comments :

$250 deductible

Benefit Type Total :    $105,466.86

Total Amount Paid :    $114373.54

FARMERS

FROM :FARMERS SUBROGATION    FAX NO. :630-907-6194    Jan. 03 2007 03:14PM    P3

FROM : FARMERS SURROGACY    FAX NO. : 630 967 6194    Jan. 05 2007 03:14PM P4
Case 2:06-cv-00566-WKW-SRW    Document 15-2    Filed 01/08/2007    Page 4 of 60

Jun 29 04 01:36p                                                   p.1

Jun 29 04 09:15a      F R U L K N E R U N I V    334 386 7203      p.2

AUTHORIZATION FOR RELEASE OF CREDIT INFORMATION ACCORDING TO SECTION 604(2) OF
THE FAIR CREDIT REPORTING ACT PL 91-508

100509610l-l-l

36117

NAME  Pamela Cox

ADDRESS  5760 Belleau Drive _____ HOW LONG  2 yrs

PREVIOUS ADDRESS  Eastdale Oaks _____ HOW LONG  1 yr.

HOME PHONE 334 356 9206   BUSINESS PHONE  334 551 4038  Jennifer Sellers

SOCIAL SECURITY # 418 17 0584   DATE OF BIRTH  08 03 70

DL # 5465374 _____ STATE  Al

SPOUSE'S NAME (if applicable) _____ N/A

ADDRESS _____

PREVIOUS ADDRESS _____ HOW LONG _____

HOME PHONE _____ BUSINESS PHONE _____

SOCIAL SECURITY # _____ DATE OF BIRTH _____

DL # _____ STATE _____
*****************************************************************************
                              EMPLOYMENT
                SELF                                 SPOUSE
PLACE OF EMPLOYMENT  Embassy Suites _____

LENGTH OF TIME  9 mos

PREVIOUS EMPLOYMENT  Cingular Wireless

BUSINESS PHONE _____

I certify that the above information is true and correct. I authorize
(name) Pam Cox and (address) 5760 Belleau Dr.
to receive a copy of my credit record from the Credit Bureau of Montgomery, and
utilize whatever procedures necessary to develop this information.

Signed  Pam Cox _____   12-9-02
                            Date
*****************************************************************************
TO BE FILLED OUT BY THE CREDIT GRANTOR

I certify that _____ has provided the proper identifying information
and authorization for release of his and/or her credit file for _____
purposes only. I understand that Public Law 91-508 provides that any person who
knowingly and willfully obtains information on a consumer from a consumer
reporting agency under false pretenses shall be fined not more than $5000.00 or
imprisoned not more than one year, or both

Signed _____                    Date _____

                                              Ramada Inn

Claim # 100509610l-l-l

1005096101-1-1

No. 130—CITY LEASE—Revised June 1, 1936—2500—# 95—Printed and for sale by The Brown Printing Co., Montgomery, Ala.

# State of Alabama,

## Montgomery County

THIS LEASE, made this 1st day of January 2004, by and between Carl and Augustine Cheatham hereinafter called Lessor, and Pamela Cox hereinafter called Lessee, WITNESSETH:

Lessor does hereby let and lease to Lessee the following premises in the City of Montgomery, Alabama viz: 434 E. Vanderbilt Loop, Mont., AL 36107 for occupation as a Single Family Residence and not otherwise for and during the term of six months, to-wit: from the 1st day of January 2004 to the 30th day of June 2004, and covenants to keep Lessee in quiet possession of the premises during said term; provided Lessee shall comply with all the stipulations of this lease: $25.00 late fee after the 5th of the month.

In consideration whereof Lessee agrees to pay Lessor $ 800.00 in advance on the first day of each month, being at the rate of $ 9,600.00 per annum, as evidenced by promissory notes bearing even date herewith and marked "subject to lease of even date."

Lessee agrees not to sublet the property, or any portion thereof or assign this lease, without the written consent of Lessor; to permit no waste of the property, but, on the contrary to take good care of same, and upon termination of this lease, to surrender possession of same without notice, in as good condition as at the commencement of the term, or as they may be put in during the term, as reasonable use and wear thereof will permit.

Lessee agrees to comply with all laws and city ordinances affecting the use or occupation of the premises hereby leased, and to fully relieve Lessor from any compliance therewith, or liability for violation thereof; to pay all charges for water, light, electricity and gas used on the premises during the term. Lessee agrees to take proper care of and protect said property from damage and shall be answerable for failure to do so. Lessee shall replace all broken glass, replace all keys or locks lost or broken and keep property in sanitary condition.

Lessor is under no duty to make any repairs except as hereinafter provided and Lessee agrees that Lessor shall not be liable for any damage caused by failure to make any repairs.

Lessee agrees not to hold Lessor liable for the breakage or leakage of water pipes above ground, nor for stoppage of waste pipes or sewers above ground but on the contrary to repair such breakage or leakage and to unstop such waste pipes or sewers at his own expense. Lessor agrees to provide necessary stop and waste but shall not be required to provide a water key. Lessor agrees to repair underground pipes and to relieve stoppage of same after reasonable notice from tenant, if due to natural causes or deterioration, provided, however, that Lessor shall not be responsible for same if caused by carelessness, neglect or improper use of tenant. In case stoppage or breakage of underground pipes is caused by tenant he agrees to pay for the necessary repairs. Lessor shall not be liable for any damage for failure to make such repairs.

Lessee hereby declares that the furniture or other property which he or she will use in said premises, is his or her own property and is not encumbered, and is pledged as security for the payment of rent and other charges due under this lease.

Lessee agrees to pay a reasonable attorney's fee and all costs if it becomes necessary for Lessor to employ an attorney to collect any of the rent agreed to be paid or to enforce performance of any of the provisions of this lease; and Lessee expressly waives all exemptions secured to Lessee under the laws of the State of Alabama or of any State in the United States as against the collection of any debt herein or hereby incurred or secured. Lessee hereby further covenants that if any default is made in the payment of said rent or any part thereof, at the time above specified, or if default be made in the performance of any of the covenants or agreements herein contained, the said lease, at the option of the Lessor, shall wholly cease and terminate, and said Lessor shall and may re-enter the said premises and remove all persons and property therefrom; and the said Lessee hereby expressly waives the service of any notice of intention to re-enter, notice to terminate the tenancy, notice to quit or demand for possession.

It is agreed that if Lessee shall fail to pay any one of the above described notes or installments of rent at maturity or fail to perform any of the provisions of this lease, then, at the election of the Lessor, all of the remaining notes or installments shall at once become due and payable and Lessor may treat them as due and payable without notice to Lessee, Lessee hereby waives notice of any default of this contract.

It is further agreed that in the event Lessee shall be adjudged a bankrupt during the term of this lease the rent for the whole term of this lease shall be immediately due and payable and Lessor may without notice or demand proceed to enforce the collection of same. Lessee agrees to claim full exemptions in the event of bankruptcy. Lessee hereby appoints Lessor as his true and lawful attorney in fact to claim and collect Lessee's said exemptions in the event Lessee fails to claim same and to apply same on the payment of rent and other charges due under this lease, and Lessee hereby assigns to Lessor so much of said exemptions as will pay the rent due under this lease and all other charges.

It is agreed that should Lessee during the term of this lease undertake to remove his property situated in the premises without Lessor's written permission the rent for the whole term of this lease shall at the option of the Lessor become due and payable and Lessor may proceed to enforce the lien for said rent as provided by law.

It is mutually agreed that if the premises are made wholly untenantable during the term by fire or other casualty without Lessee's fault, Lessee shall not thereafter be liable for the payment of rent unless Lessor within a reasonable time restores the property to substantially the same condition as just previous to such fire or other casualty; provided, however, Lessor, in order to hold Lessee must within thirty days after the fire or other casualty give Lessee notice in writing of his intention to restore the premises, but rent shall cease during the period said premises remain untenantable.

It is further agreed by and between the parties to this contract that no alterations, repairs, changes or improvements are to be made in, or to the premises herewith leased, without the consent in writing of the Lessor, except such as are necessary for the proper care and maintenance of the premises.

It is further understood and agreed that the Lessor shall not be liable for any damage that may occur on account of any defect of said building or premises, or from fire, rain, wind or any other cause.

Lessee agrees that Lessor shall have the right to attach a "For Rent" card on the premises and to show the premises to any person desiring to rent at any time within three months prior to the expiration of this lease and to attach a "For Sale" card and show the premises to any person desiring to purchase at any time during the term of this lease.

Lessor agrees to make necessary repairs to the roof after reasonable notice from Lessee provided, however, that Lessor shall not be liable for any loss or damage by failure or delay to make such repairs.

Lessee agrees to absolve Lessor from personal responsibility in the event the occupant of said premises at the commencement of the term of this lease fails or refuses to surrender and vacate to Lessee until Lessor has been given a reasonable time to lawfully regain possession of said premises.

Acceptance of rent by the Lessor from any assignee, sub-tenant, grantee or successor in interest to the Lessee with or without notice shall not relieve the Lessee from his obligation to pay the rent or other charges herein provided for.

It is agreed that this written instrument embodies the whole agreement of the parties.

The parties agree that the words Lessor and Lessee, wherever used in this lease, include heirs, devisees, legatees, executors, administrators, legal representatives, successors or assigns of the Lessor and Lessee respectively as if each were fully expressed.

The failure of the Lessor to insist upon strict performance of any of the covenants or conditions of this lease or to exercise any option herein conferred in any one or more instances shall not be construed as a waiver or relinquishment of any such covenants, conditions or options but the same shall be and remain in full force and effect.

It is agreed that if the leased premises shall be abandoned or become vacant during the term of this lease without the Lessee having paid in full the rent for the entire term then and in such case the Lessor shall have the right at his option to take possession of the leased premises and to let the same as the agent of the Lessee and apply the proceeds received from such letting towards the payment of the rent due by Lessee under this lease and such re-entering and re-letting shall not discharge the Lessee from liability for rent or other charges, nor from any other obligations under the terms of this lease; or at the option of the Lessor the rent for the entire term shall at once become due and payable and the Lessor may proceed to the collection of rent for the entire term as if by the terms of this lease the entire rent for the entire term should be made payable in advance, or the Lessor may at his option re-enter the leased premises and cancel and terminate this lease. These provisions, however, are not to be construed as limiting the Lessor's legal rights but are in addition to such existing rights.

Lessee is required to make a deposit of $ 900.00 and acknowledges receipt of 3 keys. Said deposit is to be returned to Lessee at the time Lessee surrenders possession of the premises and returns said keys. The cost of any key not returned shall be deducted from the deposit.

Lessee agrees to comply with the provisions of the standard fire insurance policy.

1. No interest to be paid on security deposit.
2. If lease is to be continued or terminated, a lessor and lessee will negotiate within sixty days to the end of lease period.
3. A deposit of $100.00 pet fee will be added to original $800.00 deposit.
4. Azalea, crepe myrtle, and magnolia trees are not to be trimmed. Other shrubs may be trimmed slightly, but not cut back.

IN WITNESS WHEREOF the respective parties have hereunto set their hands and seals on this the 9th day of January 2004

ATTEST:

Pamela J. Cox (L. S.)

Carl M. Cheatham (L. S.)

Augustine Cheatham (L. S.)

1005096101-1-1

$$1005096101-1-1$$



LEASE

No. _7_ @ 24/ish Per Month

Property _144 E. Sandhill Ave_

Owner _Carl W. Chrothers_

Tenant _Pamela Cox_

FROM _January 1_

TO

_June 30_

$1005096101-1-1$









LRN Release 6.4 - Claim Unit Payments

Activities  Contacts  Claims  [____]  Approval  Authorization  Policies  Vendors  Employees  Recovery

**Left navigation:**
My Claim Units
All Claim Units
Audit Trail
Assignment History
Estimates
Total Loss Settlement
Agent Quick Note
Salvage
Activities
Vendors
Reserves/ Payments
Pending Payments
Pending Reserves
Financial Log
Payment Errors
Reserve History
Payment History
Documents
Document Details

Claim Units

> 1005096101-1    1005096101-1-4    Closed    ALE    CHEATHAM    JOYCE A

Payments    New

Completed    ALE    Indemnity    10/19/2004    $2,406.00
Completed    ALE    Indemnity    2/14/2005    $2,400.00

Payments

JOYCE A  CHEATHAM    Indemnity    3251142893
                     Final Payment
                     New
Loss of Rents 3/28 - 5/31/05
JOYCE A CHEATHAM & CARL CHEATHAM    $1,706.68
4101 SAMANTHA DR    $1,706.68
MONTGOMERY, AL, 36109    AL

                     0

Aug 27 04 03:35p                                                                    p.1

Aug 18 2004 5:57AM    B A PARSON      (                334 284 9956           p.2

# B. A. PARSON CONTRACTING COMPANY INC.

315 WEST FLEMING RD
MONTGOMERY, AL. 36105
PHONE: 334-288-0351
FAX: 334-284-9956
E-MAIL: billparson@bellsouth.net

## Administrative Information

Type of Estimate: Fire

Client: CARL CHEATUM    —   100509610|-|-|

Property: 434 EAST RUTGERS LOOP
MONTGOMERY, AL 36109

Operator: BILL

Estimator: BILL PARSON JR.

Reference: JACOB JANES                        Business: (334) 285-2046
Title: ADJUSTER
Company: FARMERS INSURANCE COMPANY

Date Entered: 08/17/04

Price List: ALMO2S4B
Restoration/Service/Remodel with Service
Charges Broken Out
Estimate: CHEATUM

## Opening Statement:

**THIS IS A FINAL ESTIMATE, PLEASE PAY FROM THIS BILL.**

FROM : FARMERS SUBROGATION    FAX NO. : 650-967-6154    Jan. 03 2007 03:29PM  P12
Case 3:06-cv-00566-WKW-SRW  Document 15-2  Filed 01/08/2007  Page 12 of 60

Aug 27 04 03:35p                                                    p.2

Aug 18 2004 5:57AM    B A PARSON    C    334 284 9958    p.3

## B. A. PARSON CONTRACTING COMPANY INC.

315 WEST FLEMING RD
MONTGOMERY, AL. 36105
PHONE: 334-288-0351
FAX: 334-284-9956
E-MAIL.: billparson@bellsouth.net

100509 6101-14

### CHEATUM

 **Room: Exterior/General**

| DESCRIPTION | QTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Board up windows | 3.00 EA | 0.00 | 40.00 | 120.00 |
| Board up doors | 3.00 EA | 0.00 | 50.00 | 150.00 |
| Board up sliding glass door | 1.00 EA | 0.00 | 60.00 | 60.00 |
| Room Totals: Exterior/General | | | | 330.00 |
| Line Item Totals: CHEATUM | | | | 330.00 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls & Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Wall | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

CHEATUM                                        08/17/2004  Page: 2

FROM :FARMERS SUBROGATION    Case 2:06-cv-00566-WKW-SRW    Document 15-2    Filed 01/08/2007    Page 13 of 60
                                                FAX NO. :630-907-6194    Jan. 03 2007 03:25PM  P13

Aug 27 04 03:36p                                                                          p.3

Aug 18 2004 5:57AM    B A PARSON    0        334 284 3956                                  p.4

## B. A. PARSON CONTRACTING COMPANY INC.

315 WEST FLEMING RD
MONTGOMERY, AL. 36105
PHONE: 334-288-0351
FAX: 334-284-9956
E-MAIL.: billparson@bellsouth.net

100509610I-1-1

| Summary for Fire | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 330.00 |
| Material Sales Tax | @ | 9.500% | 135.30 | 12.85 |
| Subtotal | | | | 342.85 |
| Overhead | @ | 10.00% | 342.85 | 34.29 |
| Profit | @ | 10.00% | 342.85 | 34.29 |
| Grand Total | | | | 411.43 |

BILL PARSON J.R.

CHEATUM                                            08/17/2004  Page: 3



kitchen sink



refridgerator



kitchen floor



studs charred beyond repair



room with fireplace, living room or dining room



room w/ fireplace still has a little decking above



ceiling joist



more studs beyond repair



framing



door



hallway



hallway ceiling



hall closet



1st bedroom



1st bedroom



only carpet seen in 1st bedroom



1st bedroom closet



tv in 1st bedroom



2nd bedroom



2nd bedroom ceiling



2nd bedroom



2nd bedroom ceiling joist and rafters



roof decking above 2nd bedroom



bathtub - hall bathroom



bathroom window



bathroom



3rd bedroom



3rd bedroom ceiling





3rd bedroom

3rd bedroom



3rd bedroom ceiling



bathroom



master bedroom



master bedroom



master bedroom



master bedroom



master bedroom ceiling



hallway



hallway



door



framing



rear



fascia



fascia




storage shed



tenants property in storage shed



storage shed



rear



utility room



rear door looking to front door



dining room floor



living room floor, books on floor



living room floor



front door



1st bedroom window



studs beyond repair




view from ladder



view from above



view from above



view from above



microwave at street



1 left front of risk; roof gone off 2/3rds



2 front living room windows, porch



3 straight on view of risk; 2/3rds of roof gone; remainder is charred



4 right side of risk; master BR in back, BR 2 in front corner, 2 bathrooms between





5 front porch



6 front door upper view, C&O in blue, kitchen is where he's at



7 lower entry view; no ITEL sample available



8 living room, charred brick, framing etal



9 entry looking out



10 living room lower view



11 den



12 den lower view shows sectional sofa



13 kitchen scene of origin; note framing most charred



14 rear kitchen, utility room



15 utility room



16 charred attic above utility area



17 hall from den



18 linen closet in hall



19 BR1, roof gone



20 charred attic above hall end



21 BR2 upper view, charred attic



22 Bath 1; too charred to save




23 BR3; stud walls to be saved



24 MBR entry





25 attic above MBR is charred

26 MBR lower view







27 attic char above MBR

28 Kitchen



29 den char to jst & frm, and brick



30 view from den to front of home



31 MBR rear exterior, smoke exit mark



32 slider @ den exterior



33 sliding doors in Bath 2



34 Bath 2 lower view





35 bath 1 lower view



36 BR2 lower view



37 view from hall to kitchen



38 misc UPP of the tenant in storage shed



39 tenant Pam Cox on the phone @ the risk

 **Farmers Insurance Exchange**

FARMERS

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1005096101-1-1 | 0911943634 | Fire & | $ 250.00 |

Insured: JOYCE A CHEATHAM                                   Home: (334) 271-2240
                                                        Business: (334) 386-7158

Property: 434 E VANDERBILT LOOP MONTGOME
               MONTGOMERY, AL 36109

Home: 4101 SAMANTHA DR
           MONTGOMERY, AL 36109

Claim Rep.: Gary Rowen

Date Contacted: 06/28/04

Date of Loss: 06/27/04                    Date Received: 06/30/04
Date Inspected: 06/29/04                  Date Entered: 06/30/04

Price List: ALMO2S4B
               Restoration/Service/Remodel with Service
               Charges Broken Out
Estimate: 063004-00001

## Opening Statement:

Please note this estimate of repairs reflects the extent of known covered damages to the property located at the above address. No supplemental or additional payments will be issued for any repairs not listed in our scope, without prior approval. This approval must be obtained prior to replacement or repair, and we must have the opportunity to view the proposed changes or additional work to determine if any supplemental payment is warranted.

Before any portion of the recoverable depreciation is released, we must have the opportunity to inspect the completed repairs and verify that all repairs were completed according to the attached estimate. Within 180 days after your loss you may make a claim for the recoverable depreciation amount. If you believe that the repairs will not be complete within the 180 day period, please notify our office in writing.

When repairs are completed within the prescribed time, submit your documentation to the address listed above. We will arrange for an inspection of the repairs. At such time, you must be able to document that the actual cost of the completed repairs incurred by you has exceeded the actual cash value (ACV) payment made by Farmers. Documentation of actual incurred cost may include: a signed contract, photographs, canceled checks, credit card statements, paid invoices or other verifiable information. Cash payments should be recorded with dates, amounts, names, addresses and telephone numbers. We do not guarantee the work of any contractor. Contractors or repairmen are selected and hired by you, not Farmers. It is up to you to make sure the work is completed. You may have the repairs made by a contractor of your choice. Farmers cannot authorize any contractor to proceed with work on your property and repairs should only begin with your authorization.

 **Farmers Insurance Exchange**

**FARMERS**

**063004-00001**

**Main Level**



### Room: kitchen

| | |
|---|---|
| 712.11  SF Walls | 287.61  SF Ceiling |
| 999.72  SF Walls & Ceiling | 287.61  SF Floor |
| 31.96  SY Flooring | 87.42  LF Floor Perimeter |
| 97.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Cabinetry - upper (wall) units | 21.25 LF | 70.80 | 1,504.50 | 601.80 | 902.70 |
| Cabinetry - lower (base) units | 13.50 LF | 107.88 | 1,456.38 | 582.55 | 873.83 |
| Countertop - post formed plastic laminate | 14.00 LF | 29.57 | 413.98 | 165.59 | 248.39 |
| Dishwasher | 1.00 EA | 352.29 | 352.29 | <176.15> | 176.14 |
| Garbage disposer | 1.00 EA | 126.37 | 126.37 | <63.19> | 63.18 |
| Shelving - 12" - in place | 20.00 LF | 4.24 | 84.80 | 50.88 | 33.92 |
| Range hood | 1.00 EA | 143.70 | 143.70 | <71.85> | 71.85 |
| Commercial smoke detector | 1.00 EA | 51.88 | 51.88 | 22.31 | 29.57 |
| Ground fault interrupter (GFI) outlet | 3.00 EA | 19.28 | 57.84 | 24.87 | 32.97 |
| 1/2" drywall - hung, taped, floated, ready for paint | 999.72 SF | 0.91 | 909.75 | 291.12 | 618.63 |
| Light fixture | 2.00 EA | 33.86 | 67.72 | 40.63 | 27.09 |
| Window blind - horizontal or vertical - Small | 2.00 EA | 52.75 | 105.50 | 63.30 | 42.20 |
| Texture drywall - light hand texture | 287.61 SF | 0.22 | 63.27 | 20.25 | 43.02 |
| Seal then paint the walls (2 coats) | 712.11 SF | 0.38 | 270.60 | 108.24 | 162.36 |
| Baseboard - 2 1/4" | 87.42 LF | 1.02 | 89.17 | 53.50 | 35.67 |
| Paint baseboard - one coat | 87.42 LF | 0.34 | 29.72 | 11.89 | 17.83 |
| Interior door - Colonist - pre-hung unit | 2.00 EA | 108.58 | 217.16 | 130.30 | 86.86 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Door lockset - interior | 1.00 EA | 26.40 | 26.40 | 13.20 | 13.20 |
| Vinyl floor covering (sheet goods) | 287.61 SF | 2.85 | 819.69 | 409.85 | 409.84 |
| Floor preparation for sheet goods | 287.61 SF | 0.31 | 89.16 | 0.00 | 89.16 |
| Clean concrete on the floor | 287.61 SF | 0.14 | 40.27 | 0.00 | 40.27 |
| Waste Item - Vinyl floor covering (sheet goods) | 43.14 SF | 2.85 | 122.95 | 61.48 | 61.47 |
| **Room Totals: kitchen** | | | **7,067.12** | **2,972.56** | **4,094.56** |

**Farmers Insurance Exchange**

FARMERS



## Room: den

| | |
|---|---|
| 1,538.53  SF Walls | 643.76  SF Ceiling |
| 2,182.29  SF Walls & Ceiling | 643.76  SF Floor |
| 71.53  SY Flooring | 191.58  LF Floor Perimeter |
| 216.67  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Paneling | 360.00 SF | 1.32 | 475.20 | 0.00 | 475.20 |
| 1/2" drywall - hung, taped, floated, ready for paint | 2,182.29 SF | 0.91 | 1,985.88 | 635.48 | 1,350.40 |
| Light fixture | 2.00 EA | 33.86 | 67.72 | 40.63 | 27.09 |
| Window blind - horizontal or vertical | 1.00 EA | 76.98 | 76.98 | 46.19 | 30.79 |
| Window blind - horizontal or vertical - Small | 2.00 EA | 52.75 | 105.50 | 63.30 | 42.20 |
| R&R Ceiling fan & light | 1.00 EA | 197.46 | 197.46 | 113.68 | 83.78 |
| Texture drywall - light hand texture | 643.76 SF | 0.22 | 141.63 | 45.32 | 96.31 |
| Seal then paint the walls (2 coats) | 1,538.53 SF | 0.38 | 584.64 | 233.86 | 350.78 |
| Baseboard - 2 1/4" | 191.58 LF | 1.02 | 195.41 | 117.25 | 78.16 |
| Paint baseboard - one coat | 191.58 LF | 0.34 | 65.14 | 26.06 | 39.08 |
| Interior door - Colonist - pre-hung unit | 2.00 EA | 108.58 | 217.16 | 130.30 | 86.86 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Door lockset - interior | 2.00 EA | 26.40 | 52.80 | 26.40 | 26.40 |
| Door chime | 1.00 EA | 75.24 | 75.24 | 32.35 | 42.89 |
| Carpet | 643.76 SF | 2.22 | 1,429.14 | 571.66 | 857.48 |
| Carpet pad | 643.76 SF | 0.39 | 251.07 | 100.43 | 150.64 |
| Clean concrete on the floor | 643.76 SF | 0.14 | 90.13 | 0.00 | 90.13 |
| Masonry fireplace & chimney - single story home | 1.00 EA | 2446.34 | 2,446.34 | 1,051.93 | 1,394.41 |
| Flue cap | 1.00 EA | 90.93 | 90.93 | 39.10 | 51.83 |
| Fireplace mantel - paint grade - prefab. | 1.00 EA | 394.90 | 394.90 | 169.81 | 225.09 |
| Bypass (sliding) door set - Colonist | 1.00 EA | 99.71 | 99.71 | 59.83 | 39.88 |
| Paint bypass door set - slab only - 2 coats (per side) | 1.00 EA | 19.32 | 19.32 | 7.73 | 11.59 |
| Closet shelf and rod package | 5.00 LF | 12.09 | 60.45 | 36.27 | 24.18 |
| Paint - closet package (shelf, jamb & casing) | 1.00 EA | 19.36 | 19.36 | 7.74 | 11.62 |
| Waste Item - Carpet | 96.56 SF | 2.22 | 214.37 | 85.75 | 128.62 |
| **Room Totals: den** | | | **9,380.50** | **3,650.68** | **5,729.82** |

 **Farmers Insurance Exchange**

FARMERS

 **Room: BR1**

| | | |
|---|---|---|
| 354.99 SF Walls | | 105.08 SF Ceiling |
| 460.07 SF Walls & Ceiling | | 105.08 SF Floor |
| 11.68 SY Flooring | | 44.50 LF Floor Perimeter |
| 52.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal stud wall for odor control | 354.99 SF | 0.33 | 117.15 | 46.86 | 70.29 |
| 1/2" drywall - hung, taped, floated, ready for paint | 460.07 SF | 0.91 | 418.67 | 133.97 | 284.70 |
| Light fixture | 1.00 EA | 33.86 | 33.86 | 20.32 | 13.54 |
| Window blind - horizontal or vertical - Small | 1.00 EA | 52.75 | 52.75 | 31.65 | 21.10 |
| R&R Ceiling fan & light | 1.00 EA | 197.46 | 197.46 | 113.68 | 83.78 |
| Texture drywall - light hand texture | 105.08 SF | 0.22 | 23.12 | 7.40 | 15.72 |
| Seal then paint the walls (2 coats) | 354.99 SF | 0.38 | 134.90 | 53.96 | 80.94 |
| Baseboard - 2 1/4" | 44.50 LF | 1.02 | 45.39 | 27.23 | 18.16 |
| Paint baseboard - one coat | 44.50 LF | 0.34 | 15.13 | 6.05 | 9.08 |
| Interior door - Colonist - pre-hung unit | 1.00 EA | 108.58 | 108.58 | 65.15 | 43.43 |
| Bypass (sliding) door set - Colonist | 1.00 EA | 99.71 | 99.71 | 59.83 | 39.88 |
| Paint bypass door set - slab only - 2 coats (per side) | 1.00 EA | 19.32 | 19.32 | 7.73 | 11.59 |
| Closet shelf and rod package | 5.00 LF | 12.09 | 60.45 | 36.27 | 24.18 |
| Paint - closet package (shelf, jamb & casing) | 1.00 EA | 19.36 | 19.36 | 7.74 | 11.62 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Door lockset - interior | 2.00 EA | 26.40 | 52.80 | 26.40 | 26.40 |
| Carpet | 105.08 SF | 2.22 | 233.28 | 93.31 | 139.97 |
| Carpet pad | 105.08 SF | 0.39 | 40.98 | 16.39 | 24.59 |
| Clean concrete on the floor | 105.08 SF | 0.14 | 14.71 | 0.00 | 14.71 |
| Waste Item - Carpet | 15.76 SF | 2.22 | 34.99 | 14.00 | 20.99 |
| **Room Totals: BR1** | | | **1,746.63** | **777.55** | **969.08** |



**Farmers Insurance Exchange**



## Room: BR2

| | |
|---|---|
| 372.99  SF Walls | 115.71  SF Ceiling |
| 488.70  SF Walls & Ceiling | 115.71  SF Floor |
| 12.86  SY Flooring | 46.83  LF Floor Perimeter |
| 54.50  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal stud wall for odor control | 372.99 SF | 0.33 | 123.09 | 49.24 | 73.85 |
| 1/2" drywall - hung, taped, floated, ready for paint | 488.70 SF | 0.91 | 444.71 | 142.31 | 302.40 |
| Light fixture | 1.00 EA | 33.86 | 33.86 | 20.32 | 13.54 |
| Window blind - horizontal or vertical - Small | 1.00 EA | 52.75 | 52.75 | 31.65 | 21.10 |
| R&R Ceiling fan & light | 1.00 EA | 197.46 | 197.46 | 113.68 | 83.78 |
| Texture drywall - light hand texture | 115.71 SF | 0.22 | 25.46 | 8.15 | 17.31 |
| Seal then paint the walls (2 coats) | 372.99 SF | 0.38 | 141.74 | 56.70 | 85.04 |
| Baseboard - 2 1/4" | 46.83 LF | 1.02 | 47.77 | 28.66 | 19.11 |
| Paint baseboard - one coat | 46.83 LF | 0.34 | 15.92 | 6.37 | 9.55 |
| Interior door - Colonist - pre-hung unit | 1.00 EA | 108.58 | 108.58 | 65.15 | 43.43 |
| Bypass (sliding) door set - Colonist | 1.00 EA | 99.71 | 99.71 | 59.83 | 39.88 |
| Paint bypass door set - slab only - 2 coats (per side) | 1.00 EA | 19.32 | 19.32 | 7.73 | 11.59 |
| Closet shelf and rod package | 5.00 LF | 12.09 | 60.45 | 36.27 | 24.18 |
| Paint - closet package (shelf, jamb & casing) | 1.00 EA | 19.36 | 19.36 | 7.74 | 11.62 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Door lockset - interior | 2.00 EA | 26.40 | 52.80 | 26.40 | 26.40 |
| Carpet | 115.71 SF | 2.22 | 256.87 | 102.75 | 154.12 |
| Carpet pad | 115.71 SF | 0.39 | 45.13 | 18.05 | 27.08 |
| Clean concrete on the floor | 115.71 SF | 0.14 | 16.20 | 0.00 | 16.20 |
| Waste Item - Carpet | 17.36 SF | 2.22 | 38.53 | 15.41 | 23.12 |
| **Room Totals: BR2** | | | **1,823.73** | **806.02** | **1,017.71** |



**Farmers Insurance Exchange**

FARMERS



### Room: bathroom1

| | |
|---|---|
| 196.00 SF Walls | 36.75 SF Ceiling |
| 232.75 SF Walls & Ceiling | 36.75 SF Floor |
| 4.08 SY Flooring | 24.50 LF Floor Perimeter |
| 24.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 232.75 SF | 0.91 | 211.80 | 67.78 | 144.02 |
| Seal stud wall for odor control | 232.75 SF | 0.33 | 76.81 | 30.72 | 46.09 |
| Includes: stain/odor sealer and labor. | | | | | |
| Quality: moderate coverage on studs. | | | | | |
| Note: for proper usage, enter the square footage of wall area, not surface area of studs. This item is intended to be used where an open wall is to be sealed on all four sides of the stud, or three sides of the stud when one side is covered by drywall or exterior sheathing. | | | | | |
| Paint part of the walls - two coats | 98.00 SF | 0.39 | 38.22 | 15.29 | 22.93 |
| Light fixture | 1.00 EA | 33.86 | 33.86 | 20.32 | 13.54 |
| Tile shower - 65 to 100 SF | 1.00 EA | 986.84 | 986.84 | 424.34 | 562.50 |
| Bathtub | 1.00 EA | 374.12 | 374.12 | 149.65 | 224.47 |
| Tub/shower faucet - Standard grade | 1.00 EA | 129.01 | 129.01 | 51.60 | 77.41 |
| Toilet paper dispenser - single roll | 1.00 EA | 21.06 | 21.06 | 12.64 | 8.42 |
| Medicine cabinet | 1.00 EA | 91.27 | 91.27 | 36.51 | 54.76 |
| Light bar - 3 lights | 1.00 EA | 42.64 | 42.64 | 25.58 | 17.06 |
| Countertop - Flat laid plastic laminate - High grade | 2.50 LF | 19.48 | 48.70 | 19.48 | 29.22 |
| Sink faucet - Bathroom | 1.00 EA | 73.71 | 73.71 | 29.48 | 44.23 |
| Sink - single | 1.00 EA | 107.32 | 107.32 | 42.93 | 64.39 |
| Shower faucet | 1.00 EA | 100.53 | 100.53 | 40.21 | 60.32 |
| Toilet | 1.00 EA | 219.66 | 219.66 | 87.86 | 131.80 |
| Toilet seat | 1.00 EA | 22.86 | 22.86 | 9.14 | 13.72 |
| Interior door unit | 1.00 EA | 108.58 | 108.58 | 65.15 | 43.43 |
| Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 11.57 | 11.57 | 4.63 | 6.94 |
| Door lockset - interior | 1.00 EA | 26.40 | 26.40 | 13.20 | 13.20 |
| Exhaust fan | 1.00 EA | 92.25 | 92.25 | 39.67 | 52.58 |
| Rough in plumbing - per fixture | 3.00 EA | 232.66 | 697.98 | 279.19 | 418.79 |
| Tile floor covering | 36.75 SF | 8.18 | 300.62 | 180.37 | 120.25 |
| **Room Totals: bathroom1** | | | **3,815.81** | **1,645.74** | **2,170.07** |

 **Farmers Insurance Exchange**

**FARMERS**



## Room: bathroom2

| | | | |
|---|---|---|---|
| 193.33 | SF Walls | 35.88 | SF Ceiling |
| 229.21 | SF Walls & Ceiling | 35.88 | SF Floor |
| 3.99 | SY Flooring | 24.17 | LF Floor Perimeter |
| 24.17 | LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 229.21 SF | 0.91 | 208.58 | 66.75 | 141.83 |
| Seal stud wall for odor control | 229.21 SF | 0.33 | 75.64 | 30.26 | 45.38 |
| Includes: stain/odor sealer and labor. Quality: moderate coverage on studs. Note: for proper usage, enter the square footage of wall area, not surface area of studs. This item is intended to be used where an open wall is to be sealed on all four sides of the stud, or three sides of the stud when one side is covered by drywall or exterior sheathing. | | | | | |
| Paint part of the walls - two coats | 96.67 SF | 0.39 | 37.70 | 15.08 | 22.62 |
| Light fixture | 1.00 EA | 33.86 | 33.86 | 20.32 | 13.54 |
| Tile shower - 65 to 100 SF | 1.00 EA | 986.84 | 986.84 | 424.34 | 562.50 |
| Shower door | 1.00 EA | 167.29 | 167.29 | 71.93 | 95.36 |
| Bathtub | 1.00 EA | 374.12 | 374.12 | 149.65 | 224.47 |
| Tub/shower faucet - Standard grade | 1.00 EA | 129.01 | 129.01 | 51.60 | 77.41 |
| Toilet paper dispenser - single roll | 1.00 EA | 21.06 | 21.06 | 12.64 | 8.42 |
| Medicine cabinet | 1.00 EA | 91.27 | 91.27 | 36.51 | 54.76 |
| Light bar - 3 lights | 1.00 EA | 42.64 | 42.64 | 25.58 | 17.06 |
| Countertop - Flat laid plastic laminate - High grade | 2.50 LF | 19.48 | 48.70 | 19.48 | 29.22 |
| Sink faucet - Bathroom | 1.00 EA | 73.71 | 73.71 | 29.48 | 44.23 |
| Sink - single | 1.00 EA | 107.32 | 107.32 | 42.93 | 64.39 |
| Shower faucet | 1.00 EA | 100.53 | 100.53 | 40.21 | 60.32 |
| Toilet | 1.00 EA | 219.66 | 219.66 | 87.86 | 131.80 |
| Toilet seat | 1.00 EA | 22.86 | 22.86 | 9.14 | 13.72 |
| Interior door unit | 1.00 EA | 108.58 | 108.58 | 65.15 | 43.43 |
| Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 11.57 | 11.57 | 4.63 | 6.94 |
| Door lockset - interior | 1.00 EA | 26.40 | 26.40 | 13.20 | 13.20 |
| Exhaust fan | 1.00 EA | 92.25 | 92.25 | 39.67 | 52.58 |
| Rough in plumbing - per fixture | 3.00 EA | 232.66 | 697.98 | 279.19 | 418.79 |
| Tile floor covering | 35.88 SF | 8.18 | 293.46 | 176.08 | 117.38 |
| **Room Totals: bathroom2** | | | **3,971.03** | **1,711.68** | **2,259.35** |



**Farmers Insurance Exchange**

FARMERS



## Room: BR3

| | |
|---|---|
| 430.67  SF Walls | 126.17  SF Ceiling |
| 556.83  SF Walls & Ceiling | 126.17  SF Floor |
| 14.02  SY Flooring | 51.33  LF Floor Perimeter |
| 61.33  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal stud wall for odor control | 430.67 SF | 0.33 | 142.12 | 56.85 | 85.27 |
| 1/2" drywall - hung, taped, floated, ready for paint | 556.83 SF | 0.91 | 506.72 | 162.15 | 344.57 |
| Light fixture | 1.00 EA | 33.86 | 33.86 | 20.32 | 13.54 |
| Window blind - horizontal or vertical - Small | 1.00 EA | 52.75 | 52.75 | 31.65 | 21.10 |
| R&R Ceiling fan & light | 1.00 EA | 197.46 | 197.46 | 113.68 | 83.78 |
| Texture drywall - light hand texture | 126.17 SF | 0.22 | 27.76 | 8.88 | 18.88 |
| Seal then paint the walls (2 coats) | 430.67 SF | 0.38 | 163.65 | 65.46 | 98.19 |
| Baseboard - 2 1/4" | 51.33 LF | 1.02 | 52.36 | 31.42 | 20.94 |
| Paint baseboard - one coat | 51.33 LF | 0.34 | 17.45 | 6.98 | 10.47 |
| Interior door - Colonist - pre-hung unit | 1.00 EA | 108.58 | 108.58 | 65.15 | 43.43 |
| Bypass (sliding) door set - Colonist | 1.00 EA | 99.71 | 99.71 | 59.83 | 39.88 |
| Paint bypass door set - slab only - 2 coats (per side) | 1.00 EA | 19.32 | 19.32 | 7.73 | 11.59 |
| Closet shelf and rod package | 5.00 LF | 12.09 | 60.45 | 36.27 | 24.18 |
| Paint - closet package (shelf, jamb & casing) | 1.00 EA | 19.36 | 19.36 | 7.74 | 11.62 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Door lockset - interior | 2.00 EA | 26.40 | 52.80 | 26.40 | 26.40 |
| Carpet | 126.17 SF | 2.22 | 280.09 | 112.04 | 168.05 |
| Carpet pad | 126.17 SF | 0.39 | 49.21 | 19.68 | 29.53 |
| Clean concrete on the floor | 126.17 SF | 0.14 | 17.66 | 0.00 | 17.66 |
| Waste Item - Carpet | 18.93 SF | 2.22 | 42.01 | 16.80 | 25.21 |
| **Room Totals: BR3** | | | **1,967.34** | **858.64** | **1,108.70** |



**Farmers Insurance Exchange**

FARMERS



## Room: BR4

| | |
|---|---|
| 697.33 SF Walls | 269.68 SF Ceiling |
| 967.01 SF Walls & Ceiling | 269.68 SF Floor |
| 29.96 SY Flooring | 82.17 LF Floor Perimeter |
| 102.17 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 967.01 SF | 0.91 | 879.98 | 281.59 | 598.39 |
| Seal stud wall for odor control | 697.33 SF | 0.33 | 230.12 | 92.05 | 138.07 |
| Light fixture | 2.00 EA | 33.86 | 67.72 | 40.63 | 27.09 |
| Window blind - horizontal or vertical - Small | 2.00 EA | 52.75 | 105.50 | 63.30 | 42.20 |
| R&R Ceiling fan & light | 1.00 EA | 197.46 | 197.46 | 113.68 | 83.78 |
| Texture drywall - light hand texture | 269.68 SF | 0.22 | 59.33 | 18.99 | 40.34 |
| Seal then paint the walls (2 coats) | 697.33 SF | 0.38 | 264.99 | 106.00 | 158.99 |
| Baseboard - 2 1/4" | 82.17 LF | 1.02 | 83.81 | 50.29 | 33.52 |
| Paint baseboard - one coat | 82.17 LF | 0.34 | 27.94 | 11.18 | 16.76 |
| Interior door - Colonist - pre-hung unit | 2.00 EA | 108.58 | 217.16 | 130.30 | 86.86 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Door lockset - interior | 2.00 EA | 26.40 | 52.80 | 26.40 | 26.40 |
| Carpet | 269.68 SF | 2.22 | 598.69 | 239.48 | 359.21 |
| Carpet pad | 269.68 SF | 0.39 | 105.18 | 42.07 | 63.11 |
| Clean concrete on the floor | 269.68 SF | 0.14 | 37.76 | 0.00 | 37.76 |
| Bypass (sliding) door set - Colonist | 2.00 EA | 99.71 | 199.42 | 119.65 | 79.77 |
| Paint bypass door set - slab only - 2 coats (per side) | 2.00 EA | 19.32 | 38.64 | 15.46 | 23.18 |
| Closet shelf and rod package | 10.00 LF | 12.09 | 120.90 | 72.54 | 48.36 |
| Paint - closet package (shelf, jamb & casing) | 2.00 EA | 19.36 | 38.72 | 15.49 | 23.23 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 12.01 | 24.02 | 9.61 | 14.41 |
| Waste Item - Carpet | 40.45 SF | 2.22 | 89.80 | 35.92 | 53.88 |
| **Room Totals: BR4** | | | **3,463.96** | **1,494.24** | **1,969.72** |
| **Area Items Total: Main Level** | | | **33,236.12** | **13,917.11** | **19,319.01** |

 **Farmers Insurance Exchange**

FARMERS

 ### Room: Roof

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Hip or roof intersection  4/12 slope (hip/valley length) | 40.00 LF | 38.36 | 1,534.40 | 398.94 | 1,135.46 |
| **Room Totals: Roof** | | | **1,534.40** | **398.94** | **1,135.46** |

 ### Room: plumbing

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Washing machine outlet box with valves | 1.00 EA | 89.57 | 89.57 | 35.83 | 53.74 |
| Rough in plumbing - includes supply and waste lines | 1,720.00 SF | 1.49 | 2,562.80 | 1,025.12 | 1,537.68 |
| Black pipe with fitting and hanger, 1" | 49.49 LF | 4.64 | 229.63 | 91.85 | 137.78 |
| Water heater - 40 gallon - Gas | 1.00 EA | 381.13 | 381.13 | 152.45 | 228.68 |
| Sink - double | 1.00 EA | 220.98 | 220.98 | 88.39 | 132.59 |
| Sink faucet - Kitchen | 3.00 EA | 93.85 | 281.55 | 112.62 | 168.93 |
| Sink - single | 2.00 EA | 107.32 | 214.64 | 85.86 | 128.78 |
| Toilet | 2.00 EA | 219.66 | 439.32 | 175.73 | 263.59 |
| Toilet seat | 2.00 EA | 22.86 | 45.72 | 18.29 | 27.43 |
| Bathtub | 2.00 EA | 374.12 | 748.24 | 299.30 | 448.94 |
| Tub/shower faucet | 2.00 EA | 139.01 | 278.02 | 111.21 | 166.81 |
| **Room Totals: plumbing** | | | **5,491.60** | **2,196.65** | **3,294.95** |

 **Farmers Insurance Exchange**

**FARMERS**

 ### Room: GENERAL CONDITIONS

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Blown-in insulation - 10" depth - R30 | 1,720.00 SF | 0.97 | 1,668.40 | 577.92 | 1,090.48 |
| R&R Batt insulation - 4" - R13 198 pf X 8' | 1,584.00 SF | 0.62 | 982.08 | 446.69 | 535.39 |
| Crane and operator - 14 ton capacity - 65' extension boom | 6.00 HR | 100.05 | 600.30 | 0.00 | 600.30 |
| General Demolition - per hour | 185.53 HR | 21.19 | 3,931.38 | 0.00 | 3,931.38 |
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 6.00 EA | 360.61 | 2,163.66 | 0.00 | 2,163.66 |
| Clean and deodorize building - Hot thermal fog | 13,760.00 CF | 0.04 | 550.40 | 0.00 | 550.40 |
| Temporary toilet (per month) | 3.00 MO | 92.02 | 276.06 | 0.00 | 276.06 |
| Asbestos test fee - self test (per sample) | 3.00 EA | 44.09 | 132.27 | 0.00 | 132.27 |
| **Room Totals: GENERAL CONDITIONS** | | | **10,304.55** | **1,024.61** | **9,279.94** |

 ### Room: Framing

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Stud wall - 2" x 4" - 16" oc | 1,700.00 SF | 1.28 | 2,176.00 | 565.76 | 1,610.24 |
| Sheathing - plywood - 1/2" CDX | 2,803.75 SF | 1.21 | 3,392.54 | 882.06 | 2,510.48 |
| Builder board - 1/2" (composition or fiberboard sheathing) | 1,518.55 SF | 0.69 | 1,047.80 | 272.43 | 775.37 |
| Stud wall - 2" x 6" - 16" oc | 160.00 SF | 1.93 | 308.80 | 80.29 | 228.51 |
| Truss - 4/12 slope | 926.10 LF | 4.37 | 4,047.06 | 1,052.24 | 2,994.82 |
| 2" x 6" lumber (1 BF per LF) | 85.43 LF | 1.14 | 97.39 | 25.32 | 72.07 |

 **Farmers Insurance Exchange**

FARMERS

## CONTINUED - Framing

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 2" x 4" lumber (.667 BF per LF) | 170.31 LF | 0.87 | 148.17 | 38.52 | 109.65 |
| **Room Totals: Framing** | | | **11,217.76** | **2,916.62** | **8,301.14** |

 **Room: Electrical**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Rewire - average residence - copper wiring | 1,720.00 SF | 1.54 | 2,648.80 | 1,138.98 | 1,509.82 |
| Central air conditioning system - 3 ton | 1.00 EA | 1670.66 | 1,670.66 | 668.26 | 1,002.40 |
| Furnace - forced air - 100,000 BTU | 1.00 EA | 1037.80 | 1,037.80 | 415.12 | 622.68 |
| Ductwork system - hot or cold air - 1600 to 2199 SF home | 1.00 EA | 2418.17 | 2,418.17 | 967.27 | 1,450.90 |
| Thermostat | 1.00 EA | 62.25 | 62.25 | 24.90 | 37.35 |
| Furnace vent - double wall, 5" | 9.00 LF | 15.96 | 143.64 | 57.46 | 86.18 |
| Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 22.11 | 22.11 | 8.84 | 13.27 |
| Clothes dryer vent - installed | 1.00 EA | 38.00 | 38.00 | 15.20 | 22.80 |
| 220 volt outlet | 2.00 EA | 14.82 | 29.64 | 12.75 | 16.89 |
| Exterior outlet or switch | 2.00 EA | 12.08 | 24.16 | 10.39 | 13.77 |
| Phone, TV, or speaker outlet | 4.00 EA | 10.71 | 42.84 | 18.42 | 24.42 |
| Phone / low voltage copper wiring | 40.00 LF | 0.73 | 29.20 | 12.56 | 16.64 |
| Meter base and main disconnect - 100 - 125 amp | 1.00 EA | 145.82 | 145.82 | 62.70 | 83.12 |
| Breaker panel - 100 amp | 1.00 EA | 328.82 | 328.82 | 141.39 | 187.43 |
| Trunk cable - copper conductors | 40.00 LF | 4.92 | 196.80 | 84.62 | 112.18 |
| Fluorescent light fixture | 1.00 EA | 63.59 | 63.59 | 38.15 | 25.44 |
| Exterior light fixture | 2.00 EA | 47.63 | 95.26 | 57.16 | 38.10 |
| Smoke detector | 5.00 EA | 25.90 | 129.50 | 55.69 | 73.81 |
| Outlet or switch | 50.00 EA | 5.57 | 278.50 | 119.76 | 158.74 |
| Ground fault interrupter (GFI) outlet | 4.00 EA | 19.28 | 77.12 | 33.16 | 43.96 |

**Farmers Insurance Exchange**

FARMERS

## CONTINUED - Electrical

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 110 volt copper wiring run, box and plug or switch | 3.00 EA | 23.90 | 71.70 | 30.83 | 40.87 |
| **Room Totals: Electrical** | | | **9,554.38** | **3,973.61** | **5,580.77** |



### Room: Exterior

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Brick veneer | 650.00 SF | 6.46 | 4,199.00 | 1,679.60 | 2,519.40 |
| Siding - T1-11 hardboard - paint grade | 106.57 SF | 1.46 | 155.59 | 71.57 | 84.02 |
| Exterior - stain two coats | 106.57 SF | 0.72 | 76.73 | 30.69 | 46.04 |
| Seal & paint trim | 8.00 LF | 0.52 | 4.16 | 1.66 | 2.50 |
| Attic vent - gable end - vinyl | 6.00 EA | 50.61 | 303.66 | 139.68 | 163.98 |
| Roof vent - turtle type | 3.56 EA | 29.68 | 105.66 | 42.26 | 63.40 |
| Exterior door - metal - insulated - flush or panel style | 2.00 EA | 185.67 | 371.34 | 222.80 | 148.54 |
| Door lockset & deadbolt - exterior | 2.00 EA | 63.77 | 127.54 | 63.77 | 63.77 |
| Soffit - vinyl | 198.00 SF | 2.32 | 459.36 | 202.12 | 257.24 |
| Gutter / downspout - aluminum | 137.43 LF | 2.98 | 409.54 | 180.20 | 229.34 |
| **Room Totals: Exterior** | | | **6,212.58** | **2,634.35** | **3,578.23** |



## Farmers Insurance Exchange



### Room: Windows

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 6-0 6-8 bronze sliding patio door insulated (2 panes) | 1.00 EA | 728.12 | 728.12 | 436.87 | 291.25 |
| Storm door assembly | 2.00 EA | 120.26 | 240.52 | 144.31 | 96.21 |
| Wood window - horizontal sliding, 3 - 11 sf, Std. grade | 9.00 EA | 278.39 | 2,505.51 | 1,503.31 | 1,002.20 |
| Storm window - mobile home, 3 - 11 sf | 9.00 EA | 48.38 | 435.42 | 217.71 | 217.71 |
| Window sill - stain grade | 27.00 LF | 1.66 | 44.82 | 26.89 | 17.93 |
| **Room Totals: Windows** | | | **3,954.39** | **2,329.09** | **1,625.30** |
| **Line Item Subtotals: 063004-00001** | | | **81,505.78** | **29,390.98** | **52,114.80** |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 67.88 |
| Carpenter - General Framer | 73.96 |
| Carpenter - Mechanic | 80.22 |
| Cleaning Technician | 41.88 |
| Drywall Installer/Finisher | 127.08 |
| Electrician | 80.90 |
| Flooring Installer | 81.80 |
| Hardware Installer | 67.80 |
| Heating / A.C. Mechanic | 82.52 |
| Insulation Installer | 68.00 |
| General Laborer | 20.99 |
| Mason Brick/Stone | 64.48 |
| Plumber | 79.54 |
| Painter | 54.84 |
| Roofer | 150.33 |
| Siding Installer | 80.32 |
| Tile/Cultured Marble Installer | 98.02 |
| Total Adjustments for Base Service Charges: | 1,320.56 |
| **Line Item Totals: 063004-00001** | **82,826.34**   **29,390.98**   **53,435.36** |

 **Farmers Insurance Exchange**

**FARMERS**

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,495.95 | SF Walls | 1,620.63 | SF Ceiling | 6,116.59 | SF Walls & Ceiling |
| 1,620.63 | SF Floor | 180.07 | SY Flooring | 552.50 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 632.83 | LF Ceil. Perimeter |
| 1,620.63 | Floor Area | 1,761.19 | Total Area | 4,495.95 | Interior Wall Area |
| 1,604.00 | Exterior Wall Area | 200.50 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |



**Farmers Insurance Exchange**

FARMERS

| Summary for Fire & | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 81,505.78 |
| Total Adjustments for Base Service Charges | | | | 1,320.56 |
| Material Sales Tax | @ | 4.000% | 41,471.64 | 1,658.87 |
| Subtotal | | | | 84,485.21 |
| Overhead | @ | 10.00% | 84,485.21 | 8,448.52 |
| Profit | @ | 10.00% | 84,485.21 | 8,448.52 |
| Replacement Cost Value | | | | 101,382.25 |
| Less Recoverable Depreciation | | | | (29,752.40) |
| Less Non-Recoverable Depreciation | | | | <321.60> |
| **Actual Cash Value** | | | | **71,308.25** |
| Less Deductible | | | | (250.00) |
| **Net Claim** | | | | **71,058.25** |
| Total Recoverable Depreciation | | | | 29,752.40 |
| Net Claim if Depreciation is Recovered | | | | 100,810.65 |

 **Farmers Insurance Exchange**

FARMERS

| Recap by Room | | |
|---|---:|---:|
| Estimate: 063004-00001 | | |
| Area: Main Level | | |
| kitchen | 7,067.12 | 8.53% |
| den | 9,380.50 | 11.33% |
| BR1 | 1,746.63 | 2.11% |
| BR2 | 1,823.73 | 2.20% |
| bathroom1 | 3,815.81 | 4.61% |
| bathroom2 | 3,971.03 | 4.79% |
| BR3 | 1,967.34 | 2.38% |
| BR4 | 3,463.96 | 4.18% |
| Area Subtotal: Main Level | 33,236.12 | 40.13% |
| Roof | 1,534.40 | 1.85% |
| plumbing | 5,491.60 | 6.63% |
| GENERAL CONDITIONS | 10,304.55 | 12.44% |
| Framing | 11,217.76 | 13.54% |
| Electrical | 9,554.38 | 11.54% |
| Exterior | 6,212.58 | 7.50% |
| Windows | 3,954.39 | 4.77% |
| Subtotal of Areas | 81,505.78 | 98.41% |
| Base Service Charges | 1,320.56 | 1.59% |
| **Total** | **82,826.34** | **100.00%** |

 **Farmers Insurance Exchange**

FARMERS

## Recap By Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| APPLIANCES | 622.36 | 311.19 | 311.17 |
| CABINETRY | 3,654.80 | 1,461.92 | 2,192.88 |
| CLEANING | 767.13 | | 767.13 |
| GENERAL DEMOLITION | 7,077.79 | | 7,077.79 |
| DOORS | 2,404.50 | 1,442.73 | 961.77 |
| DRYWALL | 5,906.66 | 1,890.14 | 4,016.52 |
| ELECTRICAL | 4,320.48 | 1,857.81 | 2,462.67 |
| ELECTRICAL - SPECIAL SYSTEMS | 51.88 | 22.31 | 29.57 |
| EQUIPMENT | 600.30 | | 600.30 |
| FLOOR COVERING - CARPET | 3,709.34 | 1,483.74 | 2,225.60 |
| FLOOR COVERING - CERAMIC TILE | 594.08 | 356.45 | 237.63 |
| FLOOR COVERING - VINYL | 1,031.80 | 471.33 | 560.47 |
| PERMITS AND FEES | 132.27 | | 132.27 |
| FINISH CARPENTRY / TRIMWORK | 1,006.23 | 603.74 | 402.49 |
| FINISH HARDWARE | 470.74 | 235.37 | 235.37 |
| FIREPLACES | 2,932.17 | 1,260.84 | 1,671.33 |
| FRAMING & ROUGH CARPENTRY | 12,752.16 | 3,315.56 | 9,436.60 |
| HEAT,  VENT & AIR CONDITIONING | 5,392.63 | 2,157.05 | 3,235.58 |
| INSULATION | 1,707.68 | 1,024.61 | 683.07 |
| LIGHT FIXTURES | 1,563.94 | 938.36 | 625.58 |
| MASONRY | 4,199.00 | 1,679.60 | 2,519.40 |
| MIRRORS & SHOWER DOORS | 167.29 | 71.93 | 95.36 |
| PLUMBING | 8,941.98 | 3,576.77 | 5,365.21 |
| PANELING & WOOD WALL FINISHES | 475.20 | | 475.20 |
| PAINTING | 3,076.92 | 1,230.81 | 1,846.11 |
| ROOFING | 105.66 | 42.26 | 63.40 |
| SIDING | 459.25 | 211.25 | 248.00 |
| SOFFIT, FASCIA, & GUTTER | 868.90 | 382.32 | 486.58 |
| TOILET & BATH ACCESSORIES | 42.12 | 25.28 | 16.84 |
| TILE | 1,973.68 | 848.68 | 1,125.00 |
| TEMPORARY REPAIRS | 276.06 | | 276.06 |
| WINDOWS - ALUMINUM | 435.42 | 217.71 | 217.71 |
| WINDOWS - SLIDING PATIO DOORS | 728.12 | 436.87 | 291.25 |
| WINDOW TREATMENT | 551.73 | 331.04 | 220.69 |
| WINDOWS - WOOD | 2,505.51 | 1,503.31 | 1,002.20 |
| **Subtotal** | **81,505.78** | **29,390.98** | **52,114.80** |
| Base Service Charges | 1,320.56 | | 1,320.56 |

 **Farmers Insurance Exchange**

**FARMERS**

| | | | | | |
|---|---|---|---|---|---|
| Material Sales Tax | @ | 4.000% | 1,658.87 | 683.02 | 975.85 |
| Overhead | @ | 10.00% | 8,448.52 | | 8,448.52 |
| Profit | @ | 10.00% | 8,448.52 | | 8,448.52 |
| **O&P Items Subtotal** | | | **101,382.25** | **30,074.00** | **71,308.25** |
| **Subtotal** | | | **101,382.25** | **30,074.00** | **71,308.25** |
| Less Deductibles | | | (250.00) | | (250.00) |
| **Grand Total** | | | **101,132.25** | **30,074.00** | **71,058.25** |

Farmers Insurance Exchange

FARMERS

Main Level

07/06/2004   Page:  20



Main Level

063004-00001

| | | |
|---|---|---|
| Corrected Line item total: | | $82053.38 |
| (includes vanities) | | |
| Tax | 10% x 41900.09 | $4190.01 |
| Base Services Charge | | $1320.56 |
| Subtotal | | $87563.95 |
| Profit | 10% | $8756.39 |
| Overhead | 10% | $8756.39 |
| Replacement Cost Value | | $105076.73 |
| Building permits/fees | | $550.00 |
| Total claim | | $105626.73 |
| Non recoverable depreciation | | <$321.30> |
| Deductible | | <$250.00> |
| Total claim | | $105055.43 |
| | | |
| Amounts paid | ($71058.25 and $29752.40) | <$100810.65> |
| | | |
| Additional amount owed | | $4244.78 |