IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP,　) | |
| 　　　　) | |
| 　　Plaintiff,　) | |
| 　　　　) | |
| v.　) | CASE NO. 2:06-cv-566-WKW |
| 　　　　) | (WO) |
| PAMELA COX,　) | |
| 　　　　) | |
| 　　Defendant.　) | |

## **ORDER**

Default having been entered against the defendant Pamela Cox (Doc. # 5) by the Clerk, the plaintiff is DIRECTED to file, on or before April 13, 2007, a verified, itemized statement of damages claimed.

DONE this 6th day of April, 2007.

　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE