IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAMELA COX, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-566-WKW<br>(WO) |

### Final Judgment

Default having been entered against the defendant Pamela Cox (Doc. # 5) by the Clerk, the plaintiff having submitted an affidavit with exhibit (Doc. # 15) in support of judgment, and the court having duly considered the same, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is hereby entered in favor of the plaintiff and against the defendant in the amount of $105,055.43.

2. Costs are hereby taxed against the defendant for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE