IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARMERS INSURANCE GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-566-WKW |
| | ) | (WO) |
| PAMELA COX, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the order directing plaintiff to file a verified, itemized statement of damages (Doc. # 16) is VACATED.

DONE this 6th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE